FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV - 3 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# SEALED

Michael J. Miceli, Esq.
Nevada bar No. 10151
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
(702) 474-7554 Fax (702) 474-4210
Email:michaeljmiceli@gmail.com; kristine.fumolaw@gmail.com
Attorney for Defendant – DANIELLE PARTINGTON

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:21-MJ-00687-EJY |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 2nd Request |
| DANIELLE PARTINGTON, | ) | |
| Defendant. | ) | |

## **STIPULATION AND ORDER TO CONTINUE PRELIMINARY EXAMINATION**

IT IS HEREBY STIPULATED AND AGREED by and between MICHAEL J. MICELI, ESQ., Counsel for Defendant DANIELLE PARTINGTON and PETER S. LEVITT, Assistant United States Attorney, that Preliminary Examination currently scheduled for November 8, 2021 at 4:00 p.m., be vacated and reset to a date and time convenient to the court but no earlier than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Counsel has spoken to Defendant and she has no objection to the request for continuance.

2. Defendant is currently out on pretrial release.

3. Counsel for defendant has spoken to AUSA and he has no objection to the continuance.

4. Counsel needs additional time to adequately review the case.

5. Denial of this request for continuance could result in a miscarriage justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Preliminary Examination until a date and time convenient to the court.

This is the second request for continuance filed herein.

DATED: November 3, 2021

/s/ Michael J Micelli, Esq..
MICHAEL J. MICELI, ESQ.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
ATTORNEY FOR THE DEFENDANT
DANIELLE PARTINGTON

/s/ Peter S. Levitt, Esq.
PETER S. LEVITT
ASSISTANT UNITED STATES ATTORNEY
501 LAS VEGAS BOULEVARD SOUTH. #1100
LAS VEGAS, NEVADA 89101
ATTORNEY FOR UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| UNITED STATES OF AMERICA, | ) | 2:21-MJ-00687-EJY |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| DANIELLE PARTINGTON, | ) | |
| Defendant. | ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel has spoken to Defendant and she has no objection to the request for continuance.

2. Defendant is currently out on pretrial release.

3. Counsel for defendant has spoken to AUSA and he has no objection to the continuance.

4. Counsel needs additional time to adequately review the case.

5. Denial of this request for continuance could result in a miscarriage justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Preliminary Examination until a date and time convenient to the court.

This is the second request for continuance filed herein.

**CONCLUSIONS OF LAW**

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for Preliminary Examination.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

**ORDER**

IT IS HEREBY ORDERED that the Preliminary Examination currently scheduled for November 8, 2021, at 4:00 p.m., be continued to the __7th__ day of __January, 2022__ at __4:00 p.m.__, in courtroom __3A__.

DATED this __3rd__ day of __November__, 2021.

_____
UNITED STATES MAGISTRATE JUDGE