```
FILED            RECEIVED
ENTERED          SERVED ON
        COUNSEL/PARTIES OF RECORD

            3/7/2025

        CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:                       DEPUTY
```

1  SUE FAHAMI
   Acting United States Attorney
2  District of Nevada
   Nevada Bar Number 5634
3  JOSHUA BRISTER
   EDWARD PENETAR
4  Assistant United States Attorneys
   501 Las Vegas Boulevard South
5  Suite 1100
   Las Vegas, Nevada 89101
6  702-388-6336 (phone)
   Joshua.Brister@usdoj.gov
7  *Attorneys for the United States of America*

8                **UNITED STATES DISTRICT COURT**
                      **DISTRICT OF NEVADA**
9

10 | UNITED STATES OF AMERICA, | Case No. 2:22-cr-00097-RFB-NJK |
   |---|---|
11 | Plaintiff, | **CRIMINAL INFORMATION** |
12 | v. | VIOLATIONS: |
13 | DANIELLE PARTINGTON, | Conspiracy to Distribute a Controlled Substance – 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(C) |
14 | Defendant. | |

15        THE UNITED STATES ATTORNEY FOR THE DISTRICT OF NEVADA CHARGES THAT:

16                           **COUNT ONE**
              Conspiracy to Distribute a Controlled Substance
17            (21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(C))

18      From a time unknown, and continuing up to and including on or about January 20,

19 2020, in the State and Federal District of Nevada,

20                      **DANIELLE PARTINGTON,**

21 defendant herein, and others known and unknown, knowingly combined, conspired,

22 confederated, and agreed with each other to distribute a mixture and substance containing

23 a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide

(fentanyl), a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(C).

**DATED:** this 26th day of February, 2025.

Respectfully submitted,

SUE FAHAMI
Acting United States Attorney
District of Nevada

*Joshua Brister*
JOSHUA BRISTER
EDWARD PENETAR
Assistant United States Attorneys