UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00097-RFB-NJK |
| Plaintiff-Appellee, | USCA Case No. 25-5953 |
| v. | |
| DANIELLE PARTINGTON, | **ORDER APPOINTING COUNSEL** |
| Defendant-Appellant. | |

IT IS HEREBY ORDERED THAT Theresa Ristenpart**,** Esq. is appointed to represent DANIELLE PARTINGTON for her appeal. Contact information for Ms. Ristenpart appears below:

Theresa Ristenpart
Ristenpart Law LLC
464 South Sierra Street
Reno, NV 89501
775-200-1699
theresa@ristenpartlaw.com

Former counsel, Katryna Spearman and Jess Marchese, are directed to forward the case file to Ms. Ristenpart forthwith. The Clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointments@ca9.uscourts.gov.

DATED this 14th day of October 2025.
*Nunc Pro Tunc*: October 2, 2025

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE