```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA

UNITED STATES OF AMERICA,       )
                                )  Case No. 2:22-cr-097-RFB-NJK
              Plaintiff,        )
                                )  ORDER TEMPORARILY UNSEALING
        vs.                     )  TRANSCRIPT
                                )
DANIELLE PARTINGTON,
```

Upon the request of counsel of record, Theresa Ristenpart, Esquire, and good cause appearing:

IT IS HEREBY ORDERED the following transcript which contains a sealed portion shall be unsealed only to the Court Reporter in order to permit the Court Reporter to prepare transcript of the following hearing and sealed portions: 9/15/2023, motion to withdraw as counsel hearing.

IT IS FURTHER ORDERED that the Court Reporter shall transcribe the sealed portion of the hearing identified herein and provide a copy of the sealed portion to counsel of record, Theresa Ristenpart, Esquire.

IT IS FURTHER ORDERED that the transcript portion identified herein shall remain under seal on the public record until further order of this Court, or the Ninth Circuit Court of Appeals.

DATED: January 7, 2026.

_____
NANCY J. KOPPE
U.S. Magistrate Judge